UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00026

**James Finch,**
*Plaintiff,*

v.

**Texas Department of Public Safety et al.,**
*Defendants.*

### ORDER

Plaintiff James Finch, a former inmate of the Anderson County Jail proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2.

On January 8, 2022, the magistrate judge submitted a report recommending that defendants' motion for summary judgment on the issue of whether the plaintiff exhausted his administrative remedies be denied. Doc. 34. The defendants have not filed an objection within the time permitted.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion for summary judgment (Doc. 25) is denied.

*So ordered by the court on January 30, 2023.*

J. CAMPBELL BARKER
United States District Judge